# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2237
_____

United States of America

*Plaintiff - Appellee*

v.

Marquez Beasley

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: November 13, 2024
Filed: November 18, 2024
[Unpublished]
_____

Before SMITH, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Marquez Beasley appeals the within-Guidelines sentence the district court[1]
imposed after he pled guilty to possessing methamphetamine with the intent to

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the
Western District of Arkansas.

distribute. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967). Upon careful review, we conclude that the plea was knowing and voluntary and that the district court did not impose a substantively unreasonable sentence. See United States v. Smith, 422 F.3d 715, 724 (8th Cir. 2005) (de novo review); United States v. Andis, 333 F.3d 886, 890-91 (8th Cir. 2003) (en banc) (district court can ensure plea agreement is knowing and voluntary by questioning defendant about decision to enter into agreement); United States v. Miner, 544 F.3d 930, 932 (8th Cir. 2008) (appellate court may presume sentence within properly calculated guidelines range is reasonable).

Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we affirm and grant counsel's motion to withdraw.

_____